TRINITY & B. V. RY. CO. v. BURKE et al.

(Court of Civil Appeals of Texas. Dallas. Jan. 6, 1912.)

Error to Limestone County Court; W. A. Keeling, Judge.

Action by M. J. Burke and others against the Trinity & Brazos Valley Railway Company. There was a judgment for plaintiffs, and defendant brings error. Reversed and remanded.

N. H. Lassiter and C. S. Bradley, for plaintiff in error.

RAINEY, C. J. This is a suit against the railway company to recover damages for the alleged negligent burning of grass caused by the emission of sparks from the engine of said company.

It is a companion to the case of Trinity & Brazos Valley Railway Company v. B. F. Greg-

ory, 142 S. W. 656, this day reversed and remanded by this court. The facts adduced, the issues raised, and the assignments of error are practically the same. The opinion in the Gregory Case is equally applicable to this, and the same is adopted in the disposition of this case.

The judgment is reversed and cause remanded.